AO 442 (Rev. 01/09) Arrest Warrant

FILED
Charlotte
Oct 08 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
для the
Western District of North Carolina

**RECEIVED**
**UNITED STATES MARSHAL**
**4:41 pm, Apr 16 2025**
**WESTERN NORTH CAROLINA**
**CHARLOTTE**

United States of America
v.
(3) GERRY MICHAEL TURPIN
*Defendant*

Case No. 5:25-CR-18-003-KDB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* (3) GERRY MICHAEL TURPIN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute Methamphetamine

Date: 4/16/2025

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 4-16-25, and the person was arrested on *(date)* 10-1-25
at *(city and state)* CHARLOTTE, NC.

Date: 10-6-25

*Arresting officer's signature*

B. ROYALS, DUSM
*Printed name and title*